UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                    Case No.:    17-15449

Gary D. Adams            Chapter:    7

Eileen T. Adams           Judge:    ABA

## NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse<br>401 Market Street<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __08/01/17__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 32 Timberline Drive<br>Voorhees, NJ<br>Value $210,000.00 |
|---|---|

| Liens on property: | EverBank<br>$423,463.00 |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    Brian S. Thomas, Chapter 7 Trustee

Address:    327 Central Avenue, Suite 103, Linwood, NJ 08221

Telephone No.: 609-601-6066

*rev.8/1/15*

```
                             United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 17-15449-ABA
Gary D Adams                                                        Chapter 7
Eileen T Adams
        Debtors                    CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Jun 28, 2017
                               Form ID: pdf905          Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2017.
db/jdb         +Gary D Adams,    Eileen T Adams,    PO Box 2,   Voorhees, NJ 08043-0002
516712511      +Archer & Greiner,    One Centennial Square,    Haddonfield, NJ 08033-2374
516712512      +Chiusano, Anthony,    32 Yale Rd.,    Marlton, NJ 08053-2434
516712513      +Doe Legal,   1200 Philadelphia Pike,    Wilmington, DE 19809-2040
516712514      +EverBank,   c/o McCabe, Weisberg & Conway, PC,    216 Haddon Ave., Suite 201,
                 Collingswood, NJ 08108-2818
516712515      +Greenworks Development, LLC,    3029 N. Front St.,,   Harrisburg, PA 17110-1224
516712516      +Haines & Associates,    The Widener Building, 5th Floor,   1339 Chestnut St.,
                 Philadelphia, PA 19107-3519
516712517       John J. Tierney II General Partnership,    905 Indiana Ave.,   Lemoyne, PA 17043-1407
516712518      +Kulzer & DiPadova,    76 Euclid Ave., Suite 300,   Haddonfield, NJ 08033-2342
516712519      +Lift Development, LLC,    451 W. Main St.,   Middletown, PA 17057-1224
516712520      +Marc A. Lario & Associates,    89 N. Haddon Ave., Suite B2,   Haddonfield, NJ 08033-2473
516712521      +Miller Coffey Tate, LLP,    8 Penn Center, Suite 950,   1628 John F. Kennedy Blvd.,
                 Philadelphia, PA 19103-2110
516712522      +Obermayer Rebmann Maxwell & Hippel,    Centre Square West,   1500 Market Street, Suite 3400,
                 Philadelphia, PA 19102-2131
516712523      +Obermayer, Rebmann, Maxwell & Hippel,    200 Lake Drive East, Suite 110,
                 Cherry Hill, NJ 08002-1171
516712524      +Segal and Iyer Orthodontics,    501 Route 73 South,   Suite 202,   Marlton, NJ 08053-9617
516712525      +Segal, David Lyle, Individually, and as,    the Co-Executor of the Estate of John J.,
                 Tierney, II,   121 S. Broad Street (1700),    Philadelphia, PA 19107-4534
516712526      +Siegel & Bergman, LLC,    365 South St.,   Morristown, NJ 07960-7339
516712527      +Tierney II, John J and Tierney, Mary C,    Deceased,   c/o Archer & Greiner,
                 One Centennial Square,    Haddonfield, NJ 08033-2454
516712528       Tierney Limited Partnership,    905 Indiana Ave.,   Lemoyne, PA 17043-1407
516712529       Tierney, Abigail Andrews, Individually,,    and as the parent and natural guardian,
                 of Claire Tierney,    905 Indiana Ave.,   Lemoyne, PA 17043-1407
516712530       Tierney, Claire, Individually, and as a,    partner (whether general or limited) of,
                 the Tierney Limited Partnership, etc.,    905 Indiana Ave.,   Lemoyne, PA 17043-1407
516712531       Tierney, Elaine, Individually, and as a,    partner (whether general or limited) of,
                 the Tierney Limited Partnership etc.,    905 Indiana Ave.,   Lemoyne, PA 17043-1407
516712532       Tierney, Gail, Individually and as a,    partner (whether general or limited) of,
                 the Tierney Limited Partnership etc.,    905 Indiana Ave.,   Lemoyne, PA 17043-1407
516712533       Tierney, John J. III, Individually, as,    the Co-Executor of the Estate of Mary C.,
                 Tierney, as Co-Trustee of Mary C. etc.,    905 Indiana Ave.,   Lemoyne, PA 17043-1407
516712534       Trust of Mary C. Tierney, Deceased,    905 Indiana Ave.,   Lemoyne, PA 17043-1407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 28 2017 22:47:29     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 28 2017 22:47:25    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jun 28, 2017
                              Form ID: pdf905          Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2017 at the address(es) listed below:
              Brian   Thomas     on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com,  bthomas@ecf.epiqsystems.com
              David A. Kasen    on behalf of Debtor Gary D Adams dkasen@kasenlaw.com
              David A. Kasen    on behalf of Joint Debtor Eileen T Adams dkasen@kasenlaw.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jerrold S. Kulback     on behalf of Creditor John J Tierney, III jkulback@archerlaw.com,
               mfriedman@archerlaw.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```