| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>DAVID A. KASEN, ESQUIRE<br>KASEN & KASEN<br>Society Hill Office Park, Suite 3<br>1874 E. Marlton Pike<br>Cherry Hill, NJ  08003<br>Telephone (856) 424-4144<br>Fax (856) 424-7565<br>Attorneys for Debtors<br>ID# DK1778 | Order Filed on August 7, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>GARY D. ADAMS and EILEEN T. ADAMS,<br><br>     Debtors. | Case No.: 17-15449/ABA<br><br>Hearing Date:  7/25/17<br><br>Judge: Altenburg |

**ORDER ~~VOIDING~~ AVOIDING JUDICIAL LIENS OF JOHN J. TIERNEY, II, DECEASED, AND MARY C. TIERNEY, DECEASED, ARCHER & GREINER, P.C., KULZER & DIPADOVA, JOHN J. TIERNEY, III, AND OBERMAYER REBMANN MAXWELL & HIPPEL, LLP**

  The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED**.

**DATED: August 7, 2017**

_/s/ Andrew B. Altenburg, Jr._
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case No.:      17-15449/ABA
Debtor(s):     GARY D. ADAMS and EILEEN T. ADAMS
Caption of Order: **ORDER AVOIDING JUDICIAL LIEN OF JOHN J. TIERNEY, II, DECEASED, AND MARY C. TIERNEY, DECEASED, ARCHER & GREINER, P.C., KULZER & DIPADOVA, JOHN J. TIERNEY, III, AND OBERMAYER REBMANN MAXWELL & HIPPEL, LLP**

THIS MATTER having been opened to the Court by David A. Kasen, Esquire, of Kasen & Kasen, attorneys for the above-named debtors, pursuant to a Notice of Motion seeking an Order ~~voiding~~ avoiding the judicial liens of John J. Tierney, II, Deceased, and Mary C. Tierney, Deceased, Archer & Greiner, P.C., Kulzer & DiPadova, John J. Tierney, III and Obermayer Rebmann Maxwell & Hippel, LLP, and the Court having reviewed the documents on file and having heard the arguments of counsel, and for good cause shown;

IT IS HEREBY ORDERED that the judicial lien of John J. Tierney, II, Deceased, and Mary C. Tierney, Deceased, which encumbers 32 Timberline Drive, Voorhees, NJ 08043, by virtue of the Judgment docketed in the Superior Court of New Jersey, Chancery Probate Division, Camden County, Docket No. CP-000194-09, also Judgment No. J-003711-2013, entered on January 4, 2013, in favor of John J. Tierney, II, Deceased, and Mary C. Tierney, Deceased, and against Eileen Adams and Gary Adams, in the amount of $1,343,360.00 is ~~void~~ avoided as to Eileen Adams pursuant to § 522(f) of the Bankruptcy Code. A copy of this Order shall be filed with the Superior Court of New Jersey. This Order, when filed in the Superior Court of New Jersey, shall ~~void~~ avoid said Judgment and satisfy same of record.

~~IT IS FURTHER ORDERED that the above entitled Judgment is also void as to Gary Adams because it has been paid and not satisfied of record as to Gary Adams.~~

IT IS FURTHER ORDERED that the judicial lien of Archer & Greiner, P.C., which encumbers 32 Timberline Drive, Voorhees, NJ 08043, by virtue of the Judgment

Case No.:    17-15449/ABA
Debtor(s):    GARY D. ADAMS and EILEEN T. ADAMS
Caption of Order: **ORDER VOIDING JUDICIAL LIEN OF JOHN J. TIERNEY, II, DECEASED, AND MARY C. TIERNEY, DECEASED, ARCHER & GREINER, P.C., KULZER & DIPADOVA, JOHN J. TIERNEY, III, AND OBERMAYER REBMANN MAXWELL & HIPPEL, LLP**

docketed in the Superior Court of New Jersey, Chancery Probate Division, Camden County, Docket No. CP-000194-09, also Judgment No. J-003713-2013, entered on January 4, 2013, in favor of Archer & Greiner, P.C. and against Eileen Adams, in the amount of $616,656.00 is ~~void~~ avoided pursuant to § 522(f) of the Bankruptcy Code, ~~and further void because it has been paid, but not satisfied of record~~.  This Order, when filed in the Superior Court of New Jersey, shall ~~void~~ avoid said Judgment and shall satisfy same of record.

    IT IS FURTHER ORDERED that the judicial lien of Kulzer & DiPadova, P.A., which encumbers 32 Timberline Drive, Voorhees, NJ 08043, by virtue of the Judgment docketed in the Superior Court of New Jersey, Chancery Probate Division, Camden County, Docket No. CP-000194-09, also Judgment No. J-003713-2013, entered on January 4, 2013, in favor of Kulzer & DiPadova, P.A. and against Eileen Adams, in the amount of $202,l414.00 is ~~void~~ avoided pursuant to § 522(f) of the Bankruptcy Code, ~~and further void because it has been paid, but not satisfied of record~~.  This Order, when filed in the Superior Court of New Jersey, shall ~~void~~ avoid said Judgment and shall satisfy same of record.

    IT IS FURTHER ORDERED that the judicial lien of John J. Tierney, III, which encumbers 32 Timberline Drive, Voorhees, NJ 08043, by virtue of the Judgment docketed in the Superior Court of New Jersey, Chancery Probate Division, Camden County, Docket No. CP-000194-09, also Judgment No. J-003713-2013, entered on January 4, 2013, in favor of John J. Tierney, III and against Eileen Adams and Gary Adams, in the amount of $3,435.00 is ~~void~~ avoided as to Eileen Adams pursuant to § 522(f) of the

Case No.: 17-15449/ABA
Debtor(s): GARY D. ADAMS and EILEEN T. ADAMS
Caption of Order: **ORDER VOIDING JUDICIAL LIEN OF JOHN J. TIERNEY, II, DECEASED, AND MARY C. TIERNEY, DECEASED, ARCHER & GREINER, P.C., KULZER & DIPADOVA, JOHN J. TIERNEY, III, AND OBERMAYER REBMANN MAXWELL & HIPPEL, LLP**

Bankruptcy Code, ~~and further void as to Eileen Adams and Gary Adams because it has been paid, but not satisfied of record~~. This Order, when filed in the Superior Court of New Jersey, shall ~~void~~ avoid said Judgment ~~as to both Gary Adams and Eileen Adams~~ and shall satisfy same of record.

IT IS FURTHER ORDERED that the judicial lien of Obermayer Rebmann Maxwell & Hippel, LLP, which encumbers 32 Timberline Drive, Voorhees, NJ 08043, by virtue of a judgment docketed in the Superior Court of New Jersey, Law Division, Camden County, Docket No. L-002311-13, also Judgment No. J-149955-2015, entered on September 1, 2015, in favor of Obermayer Rebmann Maxwell & Hippel, LLP and against Eileen Adams, in the amount of $713,469.00, plus attorney's fees in the amount of $44,323.00 is ~~void~~ avoided pursuant to § 522(f) of the Bankruptcy Code. This Order when filed in the Superior Court of New Jersey shall ~~void~~ avoid said Judgment and satisfy same of record.